**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                  Case No. 8:07-cr-21-T-23TGW

**EMERENCIO RIVERO,**

    **Defendant.**
_____/

## O R D E R

THIS CAUSE is before the court *sua sponte*. On February 7, 2007, the court entered a Conditional Order of Release in favor of Emerencio Rivero. (Doc. 214). Apparently, for reasons unrelated to conditions set forth in the release order, the Defendant was unable to obtain release. The Court has been advised by Defendant's counsel that matters related to an unrelated state court charge have now been resolved and Defendant is amenable for release. Since the entry of the Conditional Order of Release, the court file reflects that on March 28, 2007, the Defendant entered a guilty plea to Count Ten of the Indictment which alleges that he manufactured 100 or more marihuana plants. The plea of guilty was accepted April 19, 2007, by District Judge Steven D. Merryday. At that time, the Defendant was adjudged guilty. (Doc. 426). According to information set out in the Notice of Maximum Penalty, Elements of Offense, Personalization of Elements and Factual Basis (Doc. 382), the Defendant now faces a mandatory minimum term of five years in prison and a maximum term of forty years in prison. His plea was entered without the benefit of a plea agreement. In these circumstances the Defendant is appropriately detained. See 18 U.S.C. § 3143(a)(2).

Accordingly, the court's Conditional Order of Release (Doc. 214) is hereby **VACATED** and the Defendant is ordered **DETAINED** pending sentencing or other proceedings before the court.

**Done and Ordered** in Tampa, Florida, this 18th day of September 2007.

_____
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE


Copies furnished to:
James Muench, Assistant U.S. Attorney
Tom Ostrander, Counsel for Defendant